```
KENNETH N. MELEYCO, ESQ., CSB #57785
LAW OFFICES OF KENNETH N. MELEYCO
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:  (209) 476-0851
FACSIMILE:  (209) 476-9429

ATTORNEY FOR PLAINTIFFS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. BERRY and GINA MILLER, as Guardians ad Litem for CHELSEA BERRY, a minor; and BARBARA E. BERRY and GINA MILLER, as Personal Representatives of the Estate of TIMOTHY EDGAR BERRY, Decedent;<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; and MYLAN TECHNOLOGIES, INC.;<br><br>　　　　　　Defendants. | CASE NO.: 09cv1534 LKK/DAD<br><br>ORDER FOR APPOINTMENT OF GUARDIANS AD LITEM FOR PLAINTIFF CHELSEA BERRY, A MINOR |

　　　　The verified Petition of GINA MILLER and BARBARA BERRY for the appointment of GINA MILLER and BARBARA BERRY as Guardians ad Litem of CHELSEA BERRY, a minor, to prosecute the above-

PDF created with pdfFactory trial version www.pdffactory.com

entitled action on behalf of CHELSEA BERRY was considered by the court on this date. Petitioners provided proof to the satisfaction of the court and the court finds that the appointment is necessary.

**IT IS HEREBY ORDERED** that the Petition of GINA MILLER and BARBARA BERRY be granted and GINA MILLER and BARBARA BERRY are appointed Guardians ad Litem of CHELSEA BERRY, a minor, to prosecute the above-entitled action for CHELSEA BERRY.

**DATED: September 21, 2009**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com