UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA E. BERRY and
GINA MILLER, as Guardians
ad Litem for CHELSEA BERRY,
a minor, et al.,

                    NO. CIV. S-09-1534 LKK/DAD

      Plaintiffs,

   v.

                    O R D E R

MYLAN, INC., et al.,

      Defendants.
_____/

    On August 27, 2009, the court issued a Status (Pretrial Scheduling) Conference Order, ECF No. 20, setting due dates for expert lists and reports and other discovery matters. The order also set a final pre-trial conference for June 20, 2011, and set trial for September 20, 2011. On October 29, 2010, the parties filed a stipulation and proposed order to amend the Status (Pretrial Scheduling) Conference Order. After a discussion with the parties, the court declines to enter the proposed order. The parties are free to make an agreement among themselves to extend

1

1  discovery deadlines, but this court will only enforce the dates as

2  set forth in the August 27, 2009 order.

3       IT IS SO ORDERED.

4       DATED:  November 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2