KENNETH N. MELEYCO, ESQ., CSB 357785
LAW OFFICES OF KENNETH N. MELEYCO
2155 WEST MARCH LANE, SUITE 1-C
STOCKTON, CALIFORNIA  95207-6420
TELEPHONE:       (209) 476-0851
FACSIMILE:  (209) 476-9429


MICHAEL HEYGOOD, TBN. 00784267
HEYGOOD, ORR, & PEARSON
2331 W. NORTHWEST HWY, 2^(ND) FLOOR
DALLAS, TX 75220
TELEPHONE:       (214) 237-9001
FACSIMILE:  (209) 237-9002

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| BARBARA E. BERRY, and GINA MILLER, as Guardians ad Litem for CHELSEA BERRY, et al., | § § § § | CASE NO. 2:09-CV-01534-LKK-DAD |
| Plaintiffs, | § § | **ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE OF THE DEADLINE FOR SUBMITTING <u>DISPOSITIONAL DOCUMENTS</u>** |
| vs. | § § | |
| MYLAN, INC., et al., | § § | |
| Defendants. | § | |

_____

On the date set forth below, the Court considered Plaintiff's Motion for Continuance of the Deadline for Submitting Dispositional Documents (the "Motion").  Having considered the pleadings, the evidence, and the argument of counsel, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the parties shall submit dispositional documents disposing of the case no later than January 14, 2011.

1 | Dated:  January 3, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

6 | Dated:   December 23, 2010.

Respectfully Submitted,


/s/Charles W. Miller
Charles W. Miller (Texas Bar #24007677)
charles@hop-law.com
**HEYGOOD, ORR & PEARSON**
2331 Northwest Highway, 2nd Floor
Dallas, Texas 75220
(214) 237-9001 (phone)
(214) 237-9002 (fax)


Kenneth N. Meleyco, Esq. CSB#57785
Law Offices of Kenneth N. Meleyco
2155 West March lane, Suite 1-C
Stockton, California  95207-6420
Telephone:  (209)476-0851
Facsimile:   (209)476-9429

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    A copy of the foregoing was served via ECF on December 23, 2010, upon counsel for the Defendants.

                                    /s/Charles W. Miller
                                    Charles W. Miller