UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA E. BERRY, and
GINA MILLER, as Guardians
ad Litem for CHELSEA
BERRY, et al.,

            NO. Civ.S-09-1534 LKK/DAD

    Plaintiffs,

  v.           **ORDER RE DISPOSAL**
              **DOCUMENTS AFTER**
MYLAN, INC., et al.,    **NOTIFICATION OF SETTLEMENT**

    Defendants.
_____/

   Counsel for plaintiffs has filed a request to continue the filing of dispositional documents for forty-five (45) days. Accordingly, the court now orders that the dispositional documents disposing of the case be filed no later than March 4, 2011.

   FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

   IT IS SO ORDERED.

   DATED:  January 18, 2011.

            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26